**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Ramon ZAVALA–RUIZ,**
**a.k.a. Carlos Ramon Zavala,**
**Defendant–Appellant.**

**No. 15–10544**

United States Court of Appeals,
Ninth Circuit.

Submitted September 13, 2016 *

Filed September 19, 2016

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ.

Carlos Ramon Zavala–Ruiz, Milan, NM, Pro Se.

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Carlos Ramon Zavala–Ruiz appeals from the district court's judgment and challenges his guilty-plea conviction and 18-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Zavala–Ruiz's counsel has filed a brief stating that there are no grounds for re-

lief, along with a motion to withdraw as counsel of record. We have provided Zavala–Ruiz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Zavala–Ruiz waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

